## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 08-1548 (CKK) |
| THE HONORABLE RICHARD B. CHENEY, VICE PRESIDENT OF THE UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

_____

### JOINT STATUS REPORT

Pursuant to this Court's Minute Order of October 31, 2008 directing the parties to submit a "Joint Status Report notifying the Court as to when they shall conduct the two depositions described in the Court's Discovery Order dated September 24, 2008 (as modified)," the parties hereby notify the Court that they have agreed to schedule the deposition of Nancy Smith for Monday, November 10, 2008, beginning at 10:00 a.m., and the deposition of Claire M. O'Donnell for Thursday, November 13, 2008, beginning at 10:00 a.m., the Court's schedule permitting.

//


//


//

Respectfully submitted this 3d day of November, 2008.

_/s/ Anne L. Weismann_____
ANNE L. WEISMANN (DC Bar No. 298190)
MELANIE SLOAN (DC Bar No. 434584)
Citizens for Ethics and Responsibility in
Washington
1400 Eye Street, N.W., Suite 450
Washington, D.C. 20005
Phone: (202) 408-5565
Fax: (202) 588-5020

DAVID L. SOBEL (DC Bar No. 360418)
1875 Connecticut Ave., NW, Suite 650
Washington, D.C. 20009
Phone: (303) 797-9009

Counsel for Plaintiffs


GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney


_/s/ Helen H. Hong_____
JOHN R. TYLER (DC Bar No. 297713)
HELEN H. HONG (CA SBN 235635)
Trial Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 883, 20 Massachusetts Ave., NW
Washington, D.C. 20044
T: (202) 514-5838

Counsel for Defendants